UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5:26-CR-013-CHB-MAS-1 |
| | ) | |
| v. | ) | |
| | ) | **ORDER ADOPTING** |
| JACOB MURPHY, | ) | **RECOMMENDATION OF** |
| | ) | **ACCEPTANCE OF GUILTY PLEA** |
| Defendant. | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

After conducting proceedings under Rule 11, United States Magistrate Judge Matthew A. Stinnett recommends that the undersigned accept Defendant Jacob Murphy's guilty plea and adjudge him guilty of the charge in the Information. [R. 11, pp. 1, 3]. During proceedings, Judge Stinnett informed Defendant of each of the subjects mentioned in Rule 11 and determined that the conditional guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offenses. *Id.* at 1–3. Judge Stinnett therefore recommends the undersigned accept the plea of guilty and the Court adjudge Defendant's interest in the property listed in the forfeiture allegation of the Information forfeited. *Id.* Judge Stinnett imposed a three-day deadline for any objection. *Id.* at 3–4. That deadline has passed, and neither the defendant nor the United States has objected.

The Court is not required to "review … a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn,* 474 U.S. 140, 150 (1985); *see also United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981) (holding that a failure to file objections to a magistrate judge's recommendation waives the right to appellate review); Fed. R. Crim. P. 59(b)(2)–(3) (limiting *de novo* review duty to "any objection" filed); 28 U.S.C.

- 1 -

§ 636(b)(1) (limiting *de novo* review duty to "those portions" of the recommendation "to which objection is made").

Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1.    The Court **ADOPTS** the Recommendation to Accept Guilty Plea, [**R. 11**], **ACCEPTS** Defendant Jacob Murphy's guilty plea, and **ADJUDGES** him guilty of the charge in the Information to which he pleaded. The Court will issue a separate sentencing order.

2.    Based on the stipulation entered into the Plea Agreement, [**R. 8**], and at the arraignment, the Court **ADJUDGES** that the defendant's interest in the property listed in the forfeiture allegation of the Information, [**R. 4**], is hereby **FORFEITED**.

This the 10th day of March, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY